JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. ROBBIN, | Case No. CV 13-4504 FMO (SSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FIRST NATIONAL COLLECTION BUREAU, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of August, 2013.

/s/
Fernando M. Olguin
United States District Judge